BRADFORD HODACH, #257011
Law Offices of Bradford Hodach
1212 Broadway, Suite 706
Oakland, CA 94612
Tel: (510) 444-7250

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No.: 10-70816 RN 13
TERESA A. SCHERER, )
 )
 ) Chapter 13
 )
Debtor(s). ) OBJECTION TO TRUSTEE'S MOTION TO DISMISS
 ) AND REQUEST FOR HEARING

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Debtor, Teresa A. Scherer, by and through her counsel, Law Offices of Bradford Hodach, objects to the Trustee's Motion to Dismiss and by this objection, requests a hearing on said motion.

The basis of the objection is that Debtor's filing does not constitute a violation of 11 U.S.C. section 109(e).

Respectfully submitted,

LAW OFFICES OF BRADFORD HODACH

Dated: October 14, 2010          /s/ Bradford Hodach
                                 Bradford Hodach