**Entered on Docket
November 22, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed: November 19, 2010**

_____
**RANDALL J. NEWSOME
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re **TERESA A. SCHERER**,

Debtor(s).

Case No. 10-70816
Chapter 13

## ORDER

This chapter 13 case is before the court pursuant to the chapter 13 trustee's motion to dismiss for failure to meet the eligibility requirements of 11 U.S.C. §109(e). A review of debtor's schedules A and D on their face indicate that the debtor has $1,450,099 in secured indebtedness on her house, which clearly exceeds the secured debt limit of $1,010,650 in §109(e). Accordingly, this case will be dismissed without further notice or hearing unless within 10 days of the filing date of the order, the debtor files a motion to convert the case to another chapter.

IT IS SO ORDERED.

**\*\*END OF ORDER\*\*\***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |

Teresa A. Scherer
4 Mrack Court
Danville, CA 94506

Bradford Hodach
Law Offices of Bradford Hodach
1212 Broadway #820
Oakland, CA 94612

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612