MARY ELLMANN TANG, ESQ. (BAR #154340)
LAW OFFICES OF MARY ELLMANN TANG
111 Deerwood Road, Suite 305
San Ramon, CA 94583
Telephone: (925) 678-1878
Facsimile: (925) 855-8090

Attorney for Movant
AMERICAN HONDA FINANCE CORPORATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

TERESA A. SCHERER,

    Debtor.
_____/

Case No. 10-70816-nm
Chapter 7
R.S. No. MET- 600

AMENDED NOTICE OF HEARING ON
MOTION FOR RELIEF FROM STAY

<u>Hearing</u>
Date: January 6, 2011
Time: 1:30 p.m.
Ctrm: 220

TO THE DEBTOR, THE ATTORNEY OF RECORD FOR THE DEBTOR, AND THE CHAPTER 7 TRUSTEE:

PLEASE TAKE NOTICE that on January 6, 2011 at 1:30 p.m. at the above-entitled court located at 1300 Clay Street, Oakland, CA, 94604, Movant, AMERICAN HONDA FINANCE CORPORATION, will move the court for an order terminating the automatic stay and ruling that Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

This motion is made on the grounds that Movant lacks adequate protection of its secured interest in the 2007 Honda Odyssey, Vehicle Identification No. 5FNRL387X7B416540.

Case: 10-70816  Doc# 27  Filed: 12/09/10  Entered: 12/09/10 11:17:06  Page 1 of 2
AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

This motion shall be based on this Notice, the Motion, the Declaration of Coby Aldridge, upon all papers, pleadings and documents on file herein and on such documentary evidence or oral argument as may be presented at the time of hearing of this motion.

YOU ARE HEREBY NOTIFIED THAT IF YOU FAIL TO APPEAR AT THE HEARING OF THIS MOTION PURSUANT TO THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, THE COURT MAY GRANT THE MOVANT RELIEF FROM THE AUTOMATIC STAY WITHOUT FURTHER HEARING.

LAW OFFICES OF
MARY ELLMANN TANG

Dated: 12/09/2010     /s/Mary Ellmann Tang
MARY ELLMANN TANG, ESQ.
Attorney for Movant, AMERICAN HONDA FINANCE CORPORATION

AH8800.2856